# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*FILED*
*9/18/20 7:05 am*
*CLERK*
*U.S. BANKRUPTCY*
*COURT - WDPA*

### *Conciliation Conference:*

**Debtor:** TERRI L. FRANC-FANCSALI
**Case Number:** 18-20857-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 17, 2020 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#35 - Trustee's Certificate of Default to Dismiss
+ Response By Debtor
R / M #: 35 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/10/2020   12:24:23PM