Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Terri L. Franc–Fancsali** | : | Case No. 18–20857–CMB |
| **aka Terri L. Franc** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of December, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-20857-CMB

Terri L. Franc-Fancsali  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3

Date Rcvd: Dec 08, 2021      Form ID: 309      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri L. Franc-Fancsali, 8000 Franklin Road, Evans City, PA 16033-3408 |
| 14787277 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14832940 | | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14787287 | + | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14830602 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: Q3G.COM | Dec 09 2021 05:03:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14801296 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 09 2021 00:00:00 | GLHEC and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 14787278 | + | EDI: TSYS2 | Dec 09 2021 05:03:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14787279 | | EDI: CAPITALONE.COM | Dec 09 2021 05:03:00 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14787281 | + | EDI: CITICORP.COM | Dec 09 2021 05:03:00 | Childrens Place, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14787282 | + | EDI: WFNNB.COM | Dec 09 2021 05:03:00 | Comenity Bank/Arhaus, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14787283 | | EDI: WFNNB.COM | Dec 09 2021 05:03:00 | Comenity Bank/Crate & Barrel, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14787284 | + | EDI: WFNNB.COM | Dec 09 2021 05:03:00 | Comenity Bank/Pier 1, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 14787285 | + | EDI: WFNNB.COM | Dec 09 2021 05:03:00 | Comenity Bank/Victorias Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14787286 | + | EDI: WFNNB.COM | Dec 09 2021 05:03:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14828822 | + | EDI: CITICORP.COM | Dec 09 2021 05:03:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14787289 | + | EDI: CITICORP.COM | Dec 09 2021 05:03:00 | Macy's, 9111 Duke Boulevard, Mason, OH 45040 |
| 14983525 | | EDI: Q3G.COM | Dec 09 2021 05:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14787288 | + | EDI: CITICORP.COM | Dec 09 2021 05:03:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14787280 | | EDI: JPMORGANCHASE | Dec 09 2021 05:03:00 | Chase, P.O. Box 15299, Wilmington, DE 19850 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14828111 | + | EDI: MID8.COM | Dec 09 2021 05:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14787290 | | Email/Text: electronicbkydocs@nelnet.net | Dec 09 2021 00:00:00 | Nelnet, 3015 South Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 14787291 | + | Email/Text: bnc@nordstrom.com | Dec 09 2021 00:00:57 | Nordstrom Bank, 13531 East Caley Avenue, Englewood, CO 80111-6505 |
| 14787292 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2021 00:00:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14815806 | | EDI: PRA.COM | Dec 09 2021 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14787637 | + | EDI: RECOVERYCORP.COM | Dec 09 2021 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14818906 | | EDI: Q3G.COM | Dec 09 2021 05:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14829610 | | EDI: Q3G.COM | Dec 09 2021 05:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14787293 | + | EDI: RMSC.COM | Dec 09 2021 05:03:00 | Syncb/Care Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 14787294 | | EDI: RMSC.COM | Dec 09 2021 05:03:00 | Synchrony Bank/QVC, PO Box 965020, Orlando, FL 32896-5020 |
| 14787295 | + | EDI: WTRRNBANK.COM | Dec 09 2021 05:03:00 | TD Bank USA, PO Box 673, Minneapolis, MN 55440-0673 |
| 14832963 | + | Email/Text: bncmail@w-legal.com | Dec 09 2021 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14795461 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 09 2021 00:00:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2021              Signature:    /s/Joseph Speetjens

Case 18-20857-CMB  Doc 47  Filed 12/10/21  Entered 12/11/21 00:30:39  Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 08, 2021 | Form ID: 309 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Terri L. Franc-Fancsali shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5