**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| TERRI L. FRANC-FANCSALI | Case No.:18-20857 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/06/2018 and confirmed on 04/13/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,509.40 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,504.40 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 2,184.58 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,184.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0416 | | | | |
| | \* \* \* N O N E \* \* \* | | | |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRI L. FRANC-FANCSALI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRI L. FRANC-FANCSALI | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \* \* \* N O N E \* \* \* | | | |

| 18-20857 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | AES O/B/O GLHEGC<br>Acct: 0889 | 0.00 | 14,073.98 | 0.00 | 14,073.98 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 0889 | 0.00 | 15,041.66 | 0.00 | 15,041.66 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 6646 | 1,055.51 | 334.76 | 0.00 | 334.76 |
| | MIDLAND FUNDING LLC<br>Acct: 0928 | 2,564.91 | 841.43 | 0.00 | 841.43 |
| | CHASE(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CBNA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 1906 | 1,465.85 | 480.88 | 0.00 | 480.88 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 1222 | 7,649.11 | 2,509.31 | 0.00 | 2,509.31 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 8280 | 2,552.48 | 837.34 | 0.00 | 837.34 |
| | COMENITY BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 8435 | 1,801.51 | 590.99 | 0.00 | 590.99 |
| | THD/CBSD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 0050 | 823.51 | 261.18 | 0.00 | 261.18 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 0950 | 1,209.44 | 383.58 | 0.00 | 383.58 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 6545 | 5,399.94 | 1,771.46 | 0.00 | 1,771.46 |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 4140 | 1,913.33 | 627.67 | 0.00 | 627.67 |
| | TD BANK USA NA**<br>Acct: 3282 | 1,724.05 | 565.58 | 0.00 | 565.58 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 0050 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 4140 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 38,319.82 |

TOTAL PAID TO CREDITORS                                                                                                                38,319.82

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 28,159.64 |

Date: 01/10/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com